[Civ. No. 3689.   Third Appellate District.—December 14, 1929.]

CLARA E. DEACON, Respondent, v. DANIEL A. DEA-
CON, Appellant; A. T. ROARK, Intervener and Re-
spondent.

Glen H. Munkelt for Appellant.

A. T. Roark, *in pro. per.,* and Sloane & Sloane for Re-
spondent and Intervener.

THE COURT.—This action, Civil No. 3689, is before us
upon appellant's appeal from the interlocutory judgment
entered in said action, and also upon respondent's motion
to dismiss the appeal.

As stated in appellant's brief, this appeal was
primarily for the purpose of keeping undetermined ques-
tions open until a decision was rendered, taken by the ap-
pellant from the final judgment in said cause, which
appears upon the records of this court as Civil No. 3653.
(*Deacon* v. *Deacon,* 101 Cal. App. 195 [281 Pac. 533].)   A
stipulation was entered by the parties that if the motion to
dismiss the appeal should be denied, the appeal involved
herein should be submitted upon the briefs filed in the main
appeal, No. 3653.

As the questions involving all the merits presented herein
have been determined in said appeal No. 3653, all questions
now before the court are moot.

It is therefore ordered that the motion to dismiss the appeal be denied, and in so far as the appeal involved herein affects the judgment, the judgment is affirmed. And by reason of what is stated in the opinion filed in the appeal No. 3653, the costs incurred upon this appeal are taxed against the community property belonging to the respective parties.